E-FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTARRA C. ROBINSON,<br><br>　　　　　Defendant. | No. CR-06-70340<br><br>[PROPOSED] ORDER MODIFYING RELEASE AND APPEARANCE BOND |

GOOD CAUSE APPEARING AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Order Setting Conditions of Release and Appearance Bond shall be modified to permit Mr. Robinson to appear on the United States Probation Office for the Eastern District of California on June 8, 2006 instead of June 5, 2006. All other conditions remain in full force and effect.

Dated: 6/6/06

_____
HOWARD R. LLOYD
United States Magistrate Judge

[Proposed] Order Modifying Release and
Appearance Bond                              1